IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:25-CV-59

| | |
|---|---|
| ARNOLD JEROME SMITH ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | **MOTION FOR LEAVE** |
| ) | **TO FILE** |
| STATE OF NORTH CAROLINA, ) | **AMENDED COMPLAINT** |
| NORTH CAROLINA OFFICE OF ) | |
| RECOVERY AND RESILIENCY AND ) | |
| EXCEL CONTRACTORS, L.L.C. ) | |
| *Defendants*. ) | |

Pursuant to Fed. R. Civ. P. 15(a)(2), Local Rule 15.1, and the parties' Joint Rule 26(f) Scheduling Order, Plaintiff Arnold Smith respectfully moves the Court for leave to file his First Amended Complaint. In support of this Motion, Plaintiff submits the following:

1. Plaintiff filed suit against Defendants on April 1, 2025, for violations of the federal Fair Housing Act, Section 504 of the Rehabilitation Act of 1973, and the Americans with Disabilities Act of 1990.

2. The proposed First Amended Complaint seeks to clarify the initial claims and correct statements of facts that were mistakenly made in the initial complaint.

3. The proposed First Amended Complaint additionally seeks to add claims for breach of contract against all Defendants and a claim under N.C.G.S. § 75-1.1 against Defendant Excel.

4. Fed. R. Civ. P. 15(a)(2) provides that a court should grant leave to file an amended complaint when the interests of justice so require. In the Fourth Circuit, a motion to

amend the complaint may only be denied upon a finding of prejudice to the opposing party, bad faith on the part of the moving party, or the futility of the amendment. *Equal Rights Ctr. v. Niles Bolton Assocs.,* 602 F.3d 597, 603 (4th Cir. 2010).

5. The proposed First Amended Complaint would not be prejudicial to any other parties as the changes arise out of the same operative facts as previously pleaded and Plaintiff is raising the additional claims early in litigation and before discovery has been completed.

6. The proposed First Amended Complaint is not made in bad faith because it seeks to clarify facts and claims brought against Defendants.

7. The proposed First Amended Complaint is not futile because the additional claims are those for which relief can be granted.

WHEREFORE Plaintiff, by and through undersigned Counsel respectfully requests that the Court grant the Motion to Amend and permit filing of the proposed First Amended Complaint.

*******************

Respectfully submitted this on the 31st day of October 2025.

By: /s/ Ashley Denise Skaff
Ashley Denise Skaff
Legal Aid of North Carolina, Inc. – Fair Housing
2101 Angier Ave. Ste. 300
Durham, NC 27703
(984) 297-2017
Fax: (919) 861-1887
State Bar No. 54295
Attorney for the Plaintiff

# CERTIFICATE OF SERVICE

On October 31, 2025, I electronically filed the foregoing – **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT and PROPOSED FIRST AMENDED COMPLAINT [CLEAN VERSION] & [MARKUP VERSION]** - with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Manuel C. Davis
Assistant Attorney General
N.C. Department of Justice
Public Safety Section
Mdavis@ncdoj.gov
*Attorney for Defendants, State of North Carolina and North Carolina Office of Recovery and Resiliency*

Jason V. Federmack
Jackson Lewis P.C.
Jason.federmack@jacksonlewis.com
*Attorney for Defendant Excel Contractors, L.L.C.*

* * * *

Date: October 31, 2025

　/s/ *Ashley Denise Skaff*　
Ashley Denise Skaff
Legal Aid of North Carolina, Inc. - Fair Housing
2101 Angier Ave. Ste. 300
Durham, NC 27703
(984) 297-2017
Fax: (919) 861-1887
AshleyS@legalaidnc.org
State Bar No. 54295
Attorney for the Plaintiff