IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CASE NO: 4:25-CV-59

| | | |
|---|---|---|
| ARNOLD JEROME SMITH, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiffs. | ) | |
| | ) | |
| | ) | **Certificate of Service** |
| v. | ) | |
| | ) | |
| | ) | |
| STATE OF NORTH CAROLINA, | ) | |
| NORTH CAROLINA OFFICE OF | ) | |
| RECOVERY AND RESILIENCY AND | ) | |
| EXCEL CONTRACTORS, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this day the foregoing *Notice of Appearance* was filed electronically with

the Clerk of Court using the CM/ECF system which will send notification of such filing to the

counsel registered to receive such service, including the following-

Manuel C. Davis
Assistant Attorney General
N.C. Department of Justice
Public Safety Section
Mdavis@ncdoj.gov
*Attorney for Defendants, State of North Carolina and North Carolina Office of Recovery and Resiliency*


Jason V. Federmack
Jackson Lewis P.C.
Jason.federmack@jacksonlewis.com
*Attorney for Defendant Excel Contractors, L.L.C.*

Danielle Bland
Jackson Lewis P.C.
Dani.bland@jacksonlewis.com
*Attorney for Defendant Excel Contractors, L.L.C.*

This the 20th day of March, 2026.

For the North Carolina Justice Center:

/s/ Shrayan Shetty
Shrayan Shetty (NC Bar #59552)
NORTH CAROLINA JUSTICE CENTER
P.O. Box 28068
Raleigh, North Carolina 27611
Tel: (919) 856-2164
shray@ncjustice.org

*Counsel for Plaintiff*