| | |
|---|---|
| **Arnold Jerome Smith**, | |
| Plaintiff, | |
| v. | **Notice of Appearance** |
| **State of North Carolina**, *et al.*, | |
| Defendants. | |

Assistant Attorney General Tanner J. Ray gives notice of his appearance as counsel for the State of North Carolina and the North Carolina Office of Recovery and Resiliency.

This 8th day of April 2026.

JEFF JACKSON
Attorney General

/s/ *Tanner J. Ray*
Tanner J. Ray (N.C. Bar No. 59422)
Assistant Attorney General
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6540
Fax: 919-716-6761
tjray@ncdoj.gov

1

CERTIFICATE OF SERVICE

I certify that, on this day, I electronically filed this Notice of Appearance with the Clerk of the Court utilizing the CM/ECF system, which will provide service upon all other parties through the following counsel of record:

Ashley-Denise Skaff
Shrayan Shetty
Legal Aid of North Carolina, Inc.
*Counsel for Plaintiff*

Jason V. Federmack
Danielle Bland
Jackson Lewis P.C.
*Counsel for Defendant Excel Contractors, L.L.C.*

This 8th day of April 2026.

/s/ *Tanner J. Ray*
Tanner J. Ray
Assistant Attorney General

2