UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:25-CV-59-BO-RJ

**Arnold Jerome Smith**,

               Plaintiff,

   v.

**State of North Carolina**, *et al.*,

            Defendants.

**Notice of Withdrawal of a Government Attorney**
*Local Civil Rule 5.2(d)*

Assistant Attorney General Tanner J. Ray gives notice of the withdrawal of Assistant Attorney General Manuel Davis from this action and certifies that Mr. Davis is no longer associated with the case.

This 8th day of April 2026.

JEFF JACKSON
Attorney General

/s/ *Tanner J. Ray*
Tanner J. Ray (N.C. Bar No. 59422)
Assistant Attorney General
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6540
Fax: 919-716-6761
tjray@ncdoj.gov

1

CERTIFICATE OF SERVICE

I certify that, on this day, I electronically filed this Notice of Withdrawal with the Clerk of the Court utilizing the CM/ECF system, which will provide service upon all other parties through the following counsel of record:

Ashley-Denise Skaff
Shrayan Shetty
Legal Aid of North Carolina, Inc.
*Counsel for Plaintiff*

Jason V. Federmack
Danielle Bland
Jackson Lewis P.C.
*Counsel for Defendant Excel Contractors, L.L.C.*

This 8th day of April 2026.

<u>/s/ *Tanner J. Ray*</u>
Tanner J. Ray
Assistant Attorney General

2