IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:25-CV-59-BO

| | | |
|---|---|---|
| ARNOLD JEROME SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STATE OF NORTH CAROLINA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on Defendants North Carolina Office of Recovery and Resiliency and State of North Carolina's motion for leave to amend their responses, served on April 27 and 29, 2026, respectively, to Plaintiff's First Set of Requests for Admission. [DE-42]. For good cause shown, the motion is allowed. The proposed admissions contained in Defendants' motion [DE-42-3] [DE-42-4] are deemed amended and shall serve as the operative admissions.

SO ORDERED, this the 8 day of June , 2026.

Robert B. Jones, Jr.
United States Magistrate Judge