| | |
|---|---|
| **Arnold Jerome Smith**, <br><br> Plaintiff, <br><br> v. <br><br> **State of North Carolina**, *et al.*, <br><br> Defendants. | **Defendants' Motion for Extension of Time to File Dispositive Motions** <br> *Fed. R. Civ. P. 6(b)* |

Defendants State of North Carolina and North Carolina Office of Recovery and Resiliency ("NCORR") move this Court for an extension of time, in accordance with Rule 6(b) of the Federal Rules of Civil Procedure, to comply with the Court's Scheduling Order. **Defendants request a 30-day extension, up to and including August 17, 2026, to file dispositive motions.**

The parties have conferred and consent to this motion. In support of this motion, Defendants show as follows:

## Background

1. Plaintiff Arnold Jerome Smith filed his original Complaint in this action on April 1, 2025. DE 1 at 15-16.

2. The parties agreed to a nine-month discovery plan during their rule 26(f) conference. DE 15 at 2.

1

3. This Court entered its Scheduling Order on July 17, 2025, providing for a discovery deadline of May 1, 2026, and a dispositive motions deadline of June 1, 2026. DE 16 at 1.

4. Since that time, the parties have engaged in discovery.

5. Counsel for Defendants left employment with the North Carolina Department of Justice on April 1, 2026, after a six-week leave of absence.

6. The undersigned counsel filed a Notice of Appearance into this case April 8, 2026, and noticed the withdrawal of prior counsel. DE 30 at 1, DE 31 at 1.

7. Defendant Excel Contractors, LLC, deposed Plaintiff on April 15, 2026.

8. The parties participated in a mediation on April 21, 2026.

9. This Court granted Defendants' motion to extend the discovery and dispositive motions deadline on April 24, 2026. DE 37 at 5.

10. Plaintiff deposed Defendant Excel Contractors, LLC, and NCORR under Rule 30(b)(6) on April 29 and May 1, 2026, respectively.

11. Plaintiff filed the operative First Amended Complaint in this action on May 14, 2026, alleging claims under the Federal Fair Housing Act, Rehabilitation Act of 1973, Americans with Disabilities Act of 1990, and breach of contract. DE 39 at 17-19.

12. Defendants answered Smith's Amended Complaint on May 28, 2026, denying all claims. DE 41 at 1.

13. Defendants deposed Plaintiff's expert witnesses on June 15, 2026.

**Good Cause**

2

14. Defendants have diligently engaged in discussions and discovery concerning this case but need additional time in which to file a dispositive motion, if necessary, given the complexity of issues and over seven years of relevant facts involved.

15. Additionally, within the next thirty days, the undersigned counsel and co-counsel are preparing for contested case hearings in *Suggs v. N.C. Dep't of Adult Corr.*, 26 OSP 00891 (N.C. Off. Admin. Hearings), *Kearns v. NCDPS*, 26 OSP 01123 (N.C. Off. Admin. Hearings), and *Smith v. NCSHP*, 26 OSP 01980 (N.C. Off. Admin. Hearings) and drafting other dispositive motions, due within the next month, in the following cases: *Walker v. Suttles*, 4:25-CV-36-SCR (W.D.N.C.), *Beckham v. Frank*, 5:25-CT-3024-M (E.D.N.C.), *Corso v. Ishee*, 5:25-CT-3090-M-RJ (E.D.N.C.), *Brim Equipment v. Trilogy v. NCDPS*, 26 CVS 004094-910 (Wake Cnty. Supp. Ct.), *Kearns v. NCDPS*, 26 OSP 01123 (N.C. Off. Admin. Hearings).

16. The parties would thus benefit from an extension of the dispositive motions deadline in this case by 30 days, and Defendants may be prejudiced if they are not able to file dispositive motions despite good-faith efforts.

17. The current deadline to file dispositive motions in this case has not yet expired. DE 37 at 5.

18. Defendants are not filing this motion for an improper purpose or in bad faith and expect that the enlargement of time requested here will afford adequate time to file dispositive motions.

3

19.    The undersigned has conferred with counsel for Defendant Excel Contractors, LLC, and Plaintiff. All parties consent to this motion.

## Request

20.    This Court should grant the parties a 30-day extension, up to and including August 17, 2026, to file dispositive motions.

This 9th day of July 2026.

JEFF JACKSON
Attorney General

Emily Maloney
N.C. Bar No. 59422
Special Deputy Attorney General
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-0026
Fax: 919-716-6761
emaloney@ncdoj.gov

/s/ *Tanner J. Ray*
Tanner J. Ray
N.C. Bar No. 59422
Assistant Attorney General
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6540
Fax: 919-716-6761
tjray@ncdoj.gov

5

# CERTIFICATE OF SERVICE

I certify that, on this day, I electronically filed this Motion for Extension of Time with the Clerk of the Court utilizing the CM/ECF system, which will provide service upon all other parties through the following counsel of record:

Ashley-Denise Skaff
AshleyS@LegalAidNC.org
Legal Aid of North Carolina, Inc.
201 Angier Ave., Ste. 300
Durham, NC 27703

Shrayan Shetty
Shray@NCJustice.org
North Carolina Justice Center
P.O. Box 28068
Raleigh, NC 27611

*Counsel for Plaintiff*

Jason V. Federmack
Jason.Federmack@Jackson-Lewis.com
Danielle Bland
Dani.Bland@JacksonLewis.com
Jackson Lewis P.C.
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612

*Counsel for Defendant Excel Contractors, L.L.C.*

This 9th day of July 2026.

/s/ *Tanner J. Ray*
Tanner J. Ray
Assistant Attorney General

6