IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:25-CV-59-BO-RJ

| | | |
|---|---|---|
| ARNOLD JEROME SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STATE OF NORTH CAROLINA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on Defendants State of North Carolina and the North Carolina Office of Recovery and Resiliency's motion to amend the Scheduling Order entered on July 17, 2025, [DE-16] and for an extension of the dispositive motions deadlines. [DE-44]. For good cause shown, the motion is allowed. All motions, except those relating to the admissibility of evidence at trial, shall be filed no later than **Monday, August 17, 2026**.

SO ORDERED, this the ___ day of _____, 2026.

_____
Robert B. Jones, Jr.
United States Magistrate Judge