IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:25-CV-59-BO

| | | |
|---|---|---|
| ARNOLD JEROME SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| STATE OF NORTH CAROLINA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Defendants' motion for an extension of time to file dispositive motions. [DE-44]. For good cause shown, the motion is allowed, and all potentially dispositive motions shall be filed no later than **Monday, August 17, 2026**. Provisions of the court's prior scheduling order not altered herein remain in effect.

SO ORDERED, the 10th day of July, 2026.

Robert B. Jones, Jr.
United States Magistrate Judge