IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:25-CV-59

| | | |
|---|---|---|
| ARNOLD JEROME SMITH<br><br>*Plaintiff*,<br><br>v.<br><br>STATE OF NORTH CAROLINA, NORTH CAROLINA OFFICE OF RECOVERY AND RESILIENCY AND EXCEL CONTRACTORS, L.L.C.<br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **PLAINTIFF'S RULE 56 MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiff Arnold Jerome Smith, by and through counsel, pursuant to Fed. R. Civ. P. 56, files this Motion for Partial Summary Judgment. As set forth in his Statement of Material Facts and Memorandum in Support of this Motion, both of which are incorporated by reference as if fully set out herein, Plaintiff clearly shows that no genuine issue of material fact exists establishing all Defendants are liable for violations of the federal Fair Housing Act and Section 504 of the Rehabilitation Act of 1973; Defendants State of North Carolina and NCORR are liable for violations of the Americans with Disabilities Act; and Defendant Excel is liable for breach of a valid contract.

WHEREFORE, Plaintiff respectfully requests that this Court grant partial summary judgment in his favor and enter an Order finding Defendants liable for the claims as provided above. Plaintiff further requests any and all other relief the Court deems necessary under the circumstances.

This the 14th day of September 2026.


By: /s/ Ashley Denise Skaff
Ashley Denise Skaff
Legal Aid of North Carolina, Inc. – Fair Housing
2101 Angier Ave. Ste. 300
Durham, NC 27703
(984) 297-2017
Fax: (919) 861-1887
State Bar No. 54295

/s/ Shrayan Shetty
Shrayan Shetty
NORTH CAROLINA JUSTICE CENTER
P.O. Box 28068
Raleigh, North Carolina 27611
Tel: (919) 856-2164
State Bar No. 59552
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

On September 14, 2026, we served via electronic mail a copy of – **PLAINTIFF'S RULE 56 MOTION FOR PARTIAL SUMMARY JUDGMENT; PLAINTIFF'S LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS; PLAINTIFF'S APPENDIX TO LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS;** and **ALL ATTACHED EXHIBITS** – upon the following counsel of record:

Tanner J. Ray, Assistant Attorney General
Emily Maloney, Special Deputy Attorney General
N.C. Department of Justice
Public Safety Section
Tjray@ncdoj.gov
Emaloney@ncdoj.gov
*Attorneys for Defendants, State of North Carolina and North Carolina Office of Recovery and Resiliency*

Jason V. Federmack
Danielle Bland
Jackson Lewis P.C.
Jason.federmack@jacksonlewis.com
Dani.bland@jacksonlewis.com
*Attorneys for Defendant Excel Contractors, L.L.C.*

* * * *

Date: September 14, 2026

_/s/ Ashley Denise Skaff__
Ashley Denise Skaff
Legal Aid of North Carolina, Inc. - Fair Housing
2101 Angier Ave. Ste. 300
Durham, NC 27703
(984) 297-2017
Fax: (919) 861-1887
AshleyS@legalaidnc.org
State Bar No. 54295

/s/ Shrayan Shetty___
Shrayan Shetty
North Carolina Justice Center
P.O. Box 28068
Raleigh, NC 27611
(919) 856-2164
Shray@ncjustice.org
State Bar No. 59552
*Attorneys for the Plaintiff*