IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 4:25-cv-59-BO-RJ

| | |
|---|---|
| ARNOLD JEROME SMITH,<br><br>Plaintiff,<br>vs.<br><br>STATE OF NORTH CAROLINA, N.C. OFFICE OF RECOVERY AND RESILIENCY AND EXCEL CONTRACTORS LLC,<br><br>Defendants. | **DEFENDANT EXCEL CONTRACTORS LLC'S MOTION FOR SUMMARY JUDGMENT** |

NOW COMES Defendant Excel Contractors LLC ("Excel"), by and through the undersigned counsel and pursuant Rule 56 of the Federal Rules of Civil Procedure, and hereby moves this Court for an Order granting Excel Summary Judgment and dismissing Plaintiff Arnold Smith's ("Smith") claims against Excel in their entirety.

In support of this Motion for Summary Judgment, and for the reasons more fully explained in *Defendant Excel Contractors LLC's Memorandum of Law in Support of Motion for Summary Judgment*, which is being filed simultaneously herewith, Excel contends that the undisputed facts show there is no genuine dispute as to any material facts and Excel is entitled to summary judgment as a matter of law as to Smith's claims against Excel for the following reasons:

- Smith's Fair Housing Act ("FHA") claim against Excel fails because the undisputed facts show Smith was neither a buyer nor renter as required by the FHA, Excel did not fail to make modifications or accommodations, and Excel's actions were neither motivated by a discriminatory purpose nor had a discriminatory impact.

- Smith's Section 504 Rehabilitation Act ("Section 504") claim fails because the undisputed facts show Excel did not administer the Program, Excel was neither a recipient of financial assistance nor a public entity, and Excel did not deny Smith the benefits of the Program or otherwise discriminate against Smith.
- Smith's breach of contract claim fails because that claim is untimely, Smith and Excel were not parties to an enforceable contract, Smith was only an incidental beneficiary to the contract between NCORR and Excel, and Excel successfully completed work on Smith's New Home in accordance with its contract with NCORR.

WHEREFORE, for the reasons set forth above and in Defendant Excel Contractors LLC's Memorandum of Law in Support of Motion for Summary Judgment, filed simultaneously herewith, Excel respectfully requests that its Motion for Summary Judgment be GRANTED and Smith claims against Excel be DISMISSED with prejudice as a matter of law.

Respectfully submitted this the 16th day of September, 2026.

**JACKSON LEWIS P.C.**

BY: /s/ *Jason V. Federmack*
JASON V. FEDERMACK
N.C. State Bar No. 46014
DANIELLE BLAND
N.C. State Bar No. 60022
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: jason.federmack@jacksonlewis.com
Email: Dani.bland@jacksonlewis.com
*Counsel for Defendant Excel Contractors, LLC*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 4:25-cv-59-BO-RJ

| | |
|---|---|
| ARNOLD JEROME SMITH,<br><br>Plaintiff,<br>vs.<br><br>STATE OF NORTH CAROLINA, N.C. OFFICE OF RECOVERY AND RESILIENCY AND EXCEL CONTRACTORS LLC,<br><br>Defendants. | **CERTIFICATE OF SERVICE** |

The undersigned certifies that September 16, 2026, a copy of the foregoing *Defendant Excel Contractors, LLC's Motion for Summary Judgment* was electronically filed with the Clerk of the Court using the Court's CM/ECF electronic service system, which will send notification of the filing to the following:

Shray Shetty
North Carolina Justice Center
shray@ncjustice.org

Ashley Denise Skaff
Legal Aid of North Carolina – Fair Housing
ashleys@legalaidnc.org

*Counsel for Plaintiff*

Tanner J. Ray, Assistant Attorney General
Emily Maloney, Special Deputy Attorney General
N. C. Department of Justice
Public Safety Section
Tjray@ncdoj.gov
Emaloney@ncdoj.gov

*Counsel for Defendants NCORR and the State of North Carolina*

This the 16th day of September, 2026.

**JACKSON LEWIS P.C.**

BY: /s/ *Jason V. Federmack*
JASON V. FEDERMACK
N.C. State Bar No. 46014
DANIELLE BLAND
N.C. State Bar No. 60022
3737 Glenwood Avenue, Suite 450

Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Jason.Federmack@jacksonlewis.com
Email: Dani.Bland@jacksonlewis.com
*Attorney for Defendant Excel Contractors, LLC*