UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:25-CV-59-BO-RJ

**Arnold Jerome Smith**,

Plaintiff,

v.

**State of North Carolina**, *et al.*,

Defendants.

**Defendants State of North Carolina and NCORR's Motion for Summary Judgment**
*Fed. R. Civ. P. 56*

Defendants State of North Carolina and North Carolina Office of Recovery and Resiliency move for summary judgment under Rule 56 of the Federal Rules of Civil Procedure. As further explained in the accompanying memorandum in support of this motion, this case presents no genuine issues of material fact, and this Court may grant Defendants judgment as a matter of law.

This 16th day of September 2026.

JEFF JACKSON
Attorney General

Emily Maloney
N.C. Bar No. 52820
Special Deputy Attorney General
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-0026
Fax: 919-716-6761
emaloney@ncdoj.gov

/s/ *Tanner J. Ray*
Tanner J. Ray
N.C. Bar No. 59422
Assistant Attorney General
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6540
Fax: 919-716-6761
tjray@ncdoj.gov

## CERTIFICATE OF SERVICE

I certify that, on this day, I electronically filed this Motion for Summary Judgment with the Clerk of the Court utilizing the CM/ECF system, which will provide service upon all other parties through the following counsel of record:

Ashley-Denise Skaff
AshleyS@LegalAidNC.org
Legal Aid of North Carolina, Inc.
201 Angier Ave., Ste. 300
Durham, NC 27703

Shrayan Shetty
Shray@NCJustice.org
North Carolina Justice Center
P.O. Box 28068
Raleigh, NC 27611

*Counsel for Plaintiff*

Jason V. Federmack
Jason.Federmack@JacksonLewis.com
Danielle Bland
Dani.Bland@JacksonLewis.com
Jackson Lewis P.C.
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612

*Counsel for Defendant Excel Contractors, L.L.C.*

This 16th day of September 2026.

/s/ *Tanner J. Ray*
Tanner J. Ray
Assistant Attorney General