IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO.: 4:25-cv-59-BO-RJ

| | |
|---|---|
| ARNOLD JEROME SMITH,<br><br>Plaintiff,<br>vs.<br><br>STATE OF NORTH CAROLINA, N.C. OFFICE OF RECOVERY AND RESILIENCY AND EXCEL CONTRACTORS. L.L.C.,<br><br>Defendants. | **THE PARTIES' JOINT MOTION FOR MUTUAL EXTENSIONS OF TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT** |

**NOW COME** Plaintiff Arnold Jerome Smith ("Plaintiff") and Defendants State Of North Carolina, N.C. Office of Recovery and Resiliency, and Excel Contractors, LLC ("Defendants") (collectively, "The Parties"), by and through their respective counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, jointly move this Court for a 14-day mutual extension of time for the Parties to file their respective responses to the Motions for Summary Judgment, supporting Memoranda of Law, supporting Statements of Undisputed Material Facts and Appendixes filed in this action. In support of this Motion, the Parties state as follows:

1. On September 14, 2026, Plaintiff filed his *Rule 56 Motion for Partial Summary Judgment*. [DE #48], *Memorandum in Support of Plaintiff*'s *Rule 56 Motion for Partial Summary Judgment* [DE # 49], *Local Civil Rule 56.1 Statement of Material Facts* [DE# 50], and *Appendix to Local Civil Rule 56.1 Statement of Material Facts* [DE #51] ("Plaintiff's Motion for Summary Judgment").

2. On September 16, 2026, Defendant Excel Contractors, LLC filed its *Motion for Summary Judgment* [DE #52], *Memorandum of Law in Support of Motion for Summary Judgment*

[DE #53], *Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment* [DE #54], and *Appendix to the Local Rule 56.1 Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment* [DE #55] ("Excel's Motion for Summary Judgment").

3. On September 16, 2026, Defendants State of North Carolina and N.C. Office of Recovery and Resiliency filed their *Motion for Summary Judgment* [DE #56], *Statement of Material Facts Not in Dispute* [DE #57], and *Appendix to Local Civil Rule 56.1 Statement of Material Facts* [DE #58], and *Memorandum of Law in Support of their Motion for Summary Judgment* [DE #59] ("State Defendants' Motion for Summary Judgment").

4. The Parties need additional time to adequately prepare and file their respective responses.

5. For this reason, the Parties request an additional fourteen (14) days for each to file their respective responses to the Memoranda of Law and supporting Statements of Material Facts filed in this Action, up to and including:

a. October 19, 2026 for Defendants to file their respective responses to Plaintiff's Motion for Summary Judgment; and

b. October 21, 2026 for Plaintiff to file his responses to Excel's Motion for Summary Judgment and the State Defendants' Motion for Summary Judgment.

6. The Parties' Motion is supported by good cause.

7. This Motion is not being made for the purpose of delay but is made based upon the need for time for the Parties to prepare their respective responses.

**WHEREFORE**, the Parties respectfully request the Court for an order granting a mutual fourteen (14) day extension of time for each Party to file their respective responses to the Motions for Summary Judgment filed in this Action, with Defendants having up to and including October

19, 2026 to respond to Plaintiff's Motion for Summary Judgment; and the Plaintiff having up to and including October 21, 2026, to respond to Excel's Motion for Summary Judgment and the State Defendants' Motion for Summary Judgment.

Respectfully submitted, this the 30th day of September, 2026


**LEGAL AID OF NORTH CAROLINA, INC. – FAIR HOUSING**

BY: *_/s/ Ashley Denise Skaff_*
ASHLEY DENISE SKAFF
201 Angier Ave., Ste. 300
Durham, NC 27703
AshleyS@legalaidnc.org

**NORTH CAROLINA JUSTICE CENTER**

BY: *_/s/ Shrayan Shetty_*
SHRAYAN SHETTY
P.O. Box 28068
Raleigh, NC 27611
Shray@NCJustice.org

*Counsel for Plaintiff*

**JACKSON LEWIS P.C.**

BY: *_/s/ Jason V. Federmack_*
JASON V. FEDERMACK
N.C. State Bar No. 46014
DANIELLE BLAND
N.C. State Bar No. 60022
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email:Jason.federmack@jacksonlewis.com
Email: Dani.Bland@jacksonlewis.com

*Counsel for Defendant Excel Contractors, LLC*

**JEFF JACKSON**
Attorney General

BY: *_/s/ Emily Maloney_*
EMILY MALONEY
N.C. Bar No. 52820
Special Deputy Attorney General
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-0026
Fax: 919-716-6761
emaloney@ncdoj.gov

*_/s/ Tanner J. Ray_*
TANNER J. RAY
N.C. Bar No. 59422
Assistant Attorney General
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6540
Fax: 919-716-6761
Tjray@ncdoj.gov

*Counsel for Defendants NCORR and the State of North Carolina*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO.: 4:25-cv-59-BO-RJ

| | |
|---|---|
| ARNOLD JEROME SMITH,<br><br>Plaintiff,<br>vs.<br><br>STATE OF NORTH CAROLINA, N.C. OFFICE OF RECOVERY AND RESILIENCY AND EXCEL CONTRACTORS. L.L.C.,<br><br>Defendants. | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on September 30, 2026, a copy of the foregoing *The Parties' Joint Motion for Mutual Extensions of Time to Respond to the Memoranda of Law in Support of the Motions for Summary Judgment, Supporting Statements of Material Facts and Appendices* was electronically filed with the Clerk of the Court using the Court's CM/ECF electronic service system, which will send notification of the filing to the following:

Ashley Denise Skaff
Legal Aid of North Carolina, Inc. – Fair Housing
201 Angier Ave., Ste. 300
Durham, NC 27703
AshleyS@legalaidnc.org

Shrayan Shetty
North Carolina Justice Center
P.O. Box 28068
Raleigh, NC 27611
Shray@NCJustice.org

*Counsel for Plaintiff*

Emily Maloney
Special Deputy Attorney General
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC 27602
emaloney@ncdoj.gov

Tanner J. Ray
Assistant Attorney General
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC 27602
Tjray@ncdoj.gov

*Counsel for Defendants NCORR*
*and the State of North Carolina*

**JACKSON LEWIS P.C.**

BY: */s/ Jason V. Federmack*
JASON V. FEDERMACK
N.C. State Bar No. 46014
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Jason.federmack@jacksonlewis.com

*Attorney for Defendant Excel Contractors, LLC*