IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO.: 4:25-cv-59-BO-RJ

ARNOLD JEROME SMITH,

Plaintiff,

vs.

STATE OF NORTH CAROLINA, N.C. OFFICE OF RECOVERY AND RESILIENCY AND EXCEL CONTRACTORS. L.L.C.,

Defendants.

**ORDER GRANTING THE PARTIES' JOINT MOTION FOR MUTUAL EXTENSIONS OF TIME TO THE MOTIONS FOR SUMMARY JUDGMENT**

**THIS MATTER** having come before this Court on Plaintiff Arnold Jerome Smith and Defendants State Of North Carolina, N.C. Office of Recovery and Resiliency, and Excel Contractors, LLC ("the Parties") joint Motion for an Order for mutual 14-day extensions of the time for the Parties to file their respective responses to the Motions for Summary Judgment, supporting Memoranda of Law, supporting Statements of Undisputed Material Facts, and Appendixes filed in this action, pursuant to Rule 6 of the Federal Rules of Civil Procedure; and

It appearing that the time allowed has not yet expired for the Parties to respond to the Memoranda of Law in Support of the Motions for Summary Judgment and Statements of Undisputed Material Facts and Appendices filed in the Action, that good cause exists for the granting of this Motion, that all Parties consent to and make this motion jointly; and that said Motion should be allowed;

**IT IS NOW THEREFORE ORDERED** that *The Parties' Joint Motion for Mutual 14-day Extensions of Time to Respond to the Respective Memoranda of Law in Support of Motions for Summary Judgment and Supporting Statements of Material Facts and Appendices* shall be and the same is hereby GRANTED, as follows:

- that Defendants are allowed up to and including October 19, 2026 to respond to Plaintiff's *Memorandum in Support of Plaintiff*'s *Rule 56 Motion for Partial Summary Judgment* [DE # 49], *Local Civil Rule 56.1 Statement of Material Facts* [DE# 50], *Plaintiff's Appendix to Local Civil Rule 56.1 Statement of Material Facts* [DE #51];
- that Plaintiff is allowed up to and including October 21, 2026, to respond to Defendant Excel Contractors, LLC's *Memorandum of Law in Support of Motion for Summary Judgment* [DE #53], *Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment* [DE #54], and *Appendix to the Local Rule 56.1 Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment* [DE #55];
- and that Plaintiff is allowed up to and including October 21, 2026 to respond to Defendants State of North Carolina and N.C. Office of Recovery and Resiliency's *Memorandum of Law in Support of their Motion for Summary Judgment* [DE #59], *Statement of Material Facts Not in Dispute* [DE #57], and *Appendix to Local Civil Rule 56.1 Statement of Material Facts* [DE #58].

**IT IS SO ORDERED.**

This the ____ day of _______________, 2026.

______________________________________

**UNITED STATES DISTRICT COURT JUDGE**