IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:25-CV-59

| | | |
|---|---|---|
| ARNOLD JEROME SMITH<br><br>*Plaintiff*,<br><br>v.<br><br>STATE OF NORTH CAROLINA, NORTH CAROLINA OFFICE OF RECOVERY AND RESILIENCY AND EXCEL CONTRACTORS, L.L.C.<br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **PLAINTIFF'S REPLY TO DEFENDANT EXCEL'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Pursuant to Local Civil Rule 7.1(g), Plaintiff Arnold J. Smith, by and through counsel, respectfully files this Reply to Defendant Excel's Response in Opposition to Plaintiff's Rule 56 Motion for Partial Summary Judgment. (ECF 062-063).

Mr. Smith acknowledges that replies to responses are generally discouraged. However, because several of Defendant Excel's responses to Plaintiff's Local Civil Rule 56.1 Statement of Material Facts do not comply with Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1, Mr. Smith respectfully files this Reply for the Court's consideration.

## STATEMENT OF THE CASE AND FACTS

Please see the Amended Complaint (ECF 039), Plaintiff's Memorandum in Support of his Rule 56 Motion for Partial Summary Judgment (ECF 049), and Plaintiff's Local Civil Rule 56.1 Statement of Material Facts (ECF 050) for a concise statement of the case and statement of the facts.

## ARGUMENT

**The Court should disregard those responses in opposition asserted without evidence.**

In their Response to Plaintiff's Local Civil Rule 56.1 Statement of Material Facts[1], Defendant Excel fails to support their opposition to paragraphs 3, 11-12, 14-15, 21-24, 28-31, 40-41, 44, & 56 with evidence of a genuine dispute. Fed. R. Civ. P. 56 requires the moving party to show that there is no genuine dispute as to any material fact and that they are entitled to judgment as a matter of law. A non-moving or opposing party therefore "must present affirmative evidence in order to defeat a properly supported motion for summary judgment." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 257, 106 S. Ct. 2505, 2514 (1986). A genuine issue of material fact does not materialize simply because an opposing party claims one exists. A mere disagreement with the movant's asserted facts is inadequate if made without reference to specific supporting material. *Edward E. Gillen Co. v. City of Lake Forest*, 3 F.3d 192, 196 (7th Cir. 1993). A responding party must identify specific evidence supporting a factual dispute; conclusory responses and unsupported assertions do not suffice. *Griggs-Ryan v. Smith*, 904 F.2d 112, 115 (1st Cir. 1990). *See also Matsushita Electronic Indus. v. Zenith Radio Corp.*, 475 U.S. 574, 587 (1986) ("an adverse party may not rest upon the mere allegations or denials of his pleading, but [...] must set forth specific facts showing that there is a genuine issue for trial."); *Felty v. Graves-Humphreys Co.*, 818 F.2d 1126, 1128 (4th Cir. 1987) ("unsupported speculation is not sufficient to defeat a summary judgment motion."); *Emmett v. Johnson*, 532 F.3d 291, 297 (4th Cir. 2008) (a party opposing summary judgment "must do more than simply show that there is some metaphysical doubt as to the material facts.").

---

[1] ECF 063.

Here, Defendant Excel fails to identify specific evidence that genuinely disputes Mr. Smith's material facts and associated supporting evidence. When a responding party's statement fails to specifically controvert the facts as set forth in the moving party's statements, those material facts shall be deemed admitted for purposes of the motions. Local Civil Rule 56.1(a)(2). To the extent that Defendant Excel's response to paragraph 28 attempts any legal argument or conclusion, the Court should further disregard. Statements of disputed facts that make legal arguments, assert legal conclusions, or contain no factual assertion are not facts and should not be considered as such. *Phillips v. Quality Terminal Servs., LLC*, 855 F. Supp. 2d 764, 771 (N.D. Ill. 2012). *See also Johnson v. Guevara*, 2025 U.S. Dist. LEXIS 55033, *5 9N.D. Ill. 2025).

Therefore, Defendant Excel's attempts to dispute these facts should be rejected and the facts asserted in paragraphs 3, 11-12, 14-15, 21-24, 28-31, 40-41, 44, & 56 of Plaintiff's Local Civil Rule 56.1 Statement of Material Facts should be considered undisputed and admitted pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 56.1(a)(2).

## **CONCLUSION**

For the reasons contained herein, the facts asserted in paragraphs 3, 11-12, 14-15, 21-24, 28-31, 40-41, 44, & 56 of Plaintiff’s Local Civil Rule 56.1 Statement of Material Facts should be considered undisputed and admitted for the purposes of Plaintiff’s Rule 56 Motion for Partial Summary Judgment. Fed. R. Civ. P. 56; Local Civil Rule 56.1(a)(2). For the reasons cited in the Memorandum in Support of Plaintiff’s Rule 56 Motion for Partial Summary Judgment and all supporting evidence, including this Reply, the Court should GRANT Plaintiff’s Rule 56 Motion for Partial Summary Judgment.

Respectfully submitted this the 2nd day of November 2026.

By: /s/ *Ashley Denise Skaff*
Ashley Denise Skaff
Legal Aid of North Carolina, Inc. – Fair Housing
2101 Angier Ave. Ste. 300
Durham, NC 27703
(984) 297-2017
Fax: (919) 861-1887
State Bar No. 54295

/s/ *Shrayan Shetty*
Shrayan Shetty
NORTH CAROLINA JUSTICE CENTER
P.O. Box 28068
Raleigh, North Carolina 27611
Tel: (919) 856-2164
State Bar No. 59552
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

On November 2, 2026, we served via electronic mail a copy of – **PLAINTIFF'S REPLY TO DEFENDANTS EXCEL'S IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** – upon the following counsel of record:

Tanner J. Ray, Assistant Attorney General
Emily Maloney, Special Deputy Attorney General
N.C. Department of Justice
Public Safety Section
Tjray@ncdoj.gov
Emaloney@ncdoj.gov
*Attorneys for Defendants, State of North Carolina and North Carolina Office of Recovery and Resiliency*

Jason V. Federmack
Danielle Bland
Jackson Lewis P.C.
Jason.federmack@jacksonlewis.com
Dani.bland@jacksonlewis.com
*Attorneys for Defendant Excel Contractors, L.L.C.*

* * * *

Date: November 2, 2026


_/s/ Ashley Denise Skaff__
Ashley Denise Skaff
Legal Aid of North Carolina, Inc. - Fair Housing
2101 Angier Ave. Ste. 300
Durham, NC 27703
(984) 297-2017
Fax: (919) 861-1887
AshleyS@legalaidnc.org
State Bar No. 54295

/s/ Shrayan Shetty___
Shrayan Shetty
North Carolina Justice Center
P.O. Box 28068
Raleigh, NC 27611
(919) 856-2164
Shray@ncjustice.org
State Bar No. 59552
*Attorneys for the Plaintiff*